**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE: BRIAN STEVENS | ) Case No. 15 B 05527 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: JACK B SCHMETTERER |

## NOTICE OF MOTION

| | |
|---|---|
| BRIAN STEVENS | SULAIMAN LAW GROUP LTD |
| | via Clerk's ECF noticing procedures |
| 5707 S MONITOR AVE | |
| CHICAGO, IL 60638 | |

Please take notice that on April 03, 2019 at 10:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on March 04, 2019.

/s/ Tom Vaughn

### TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On February 18, 2015 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on August 03, 2016.

   A summary of the debtor's plan follows:

| | |
|---|---|
| Monthly Payment $3,411.00 | Last Payment Received: 12/06/2018 |
| Amount Paid $115,459.00 | Amount Delinquent $11,233.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to § 1307 (c) (6).

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE      /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900